**MICHAEL R. BARRETTE (SB# 89017)**
ATTORNEY AND COUNSELOR AT LAW
990 Klamath Lane, Suite 20
Yuba City, California 95993
mbarrettelaw@yahoo.com
(530) 674-5996 - Telephone
(530) 674-7886 - Facsimile

Attorney for Defendant IRENA CHEPEL

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGOR CHEPEL,<br><br>    Plaintiff,<br><br>vs.<br><br>**JUDGE JAMES MIZE OF THE SACRAMENTO SUPERIOR COURT, IRENA CHEPEL and DOES 1 through 20,**<br><br>    Defendants.<br>_____/ | CASE NO. 2:12-CV-803 GEB KJN PS<br><br>REQUEST FOR TELEPHONIC APPEARANCE; ORDER<br><br>Date:         June 7, 2012<br>Time:        10:00 a.m.<br>Courtroom: 25, 8th Floor<br>                   U.S. Courthouse<br>                   501 I Street<br>                   Sacramento, CA 95814<br>Judge:       Garland Burrell. Jr.<br>Magistrate: Kendall J. Newman |

Irena Chepel, through her attorney, Michael R. Barrette, requests to appear at the above-referenced date and time for the hearing on **Motion of Defendant Irena Chepel to Strike Complaint Pursuant to Anti-Slapp Statute and to Dismiss for Failure to State a Claim**.  This request is made on the grounds of the travel distance being 50 miles from the law office for the requesting party.  Counsel can be contacted by telephone at 530-674-5996 at the time of the hearing.

Dated: May 24, 2012                       /S/MICHAEL R. BARRETTE
                                                       MICHAEL R. BARRETTE, Attorney for
                                                       Defendant IRENA CHEPEL

## ORDER

Good cause appearing, the above Request for Telephonic Appearance is GRANTED.

DATED:  May 30, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE