IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IGOR CHEPEL,

     Plaintiff,                     No. 2:12-cv-00803 GEB KJN PS

     v.

JUDGE JAMES MIZE OF THE
SACRAMENTO SUPERIOR COURT;
IRENA CHEPEL; and DOES 1
through 20,

     Defendants.             <u>ORDER</u>

         A hearing on defendants' respective motions seeking the dismissal of plaintiff's claims is presently set for June 7, 2012, and those motions are fully briefed.[1] However, on June 4, 2012, plaintiff filed an ex parte request to continue the hearing for three weeks on the grounds that his ongoing heart problems recently flared up, and that plaintiff's physician has advised him not to engage in stressful activity (Dkt. No. 22).[2] In light of the fact that the motions are fully briefed and that defendants would not suffer any apparent prejudice by the court's relatively brief continuance of the hearing date, the undersigned grants plaintiff's request.

---

[1] This action proceeds before this court pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

[2] Plaintiff's request was not electronically docketed until very late on June 6, 2012.

1

However, no party should view this continuance as an opportunity to further brief the fully-briefed, pending motions.  Absent an extraordinary showing of good cause, the undersigned will summarily strike or disregard any filings attempting to further brief the motions.

Additionally, plaintiff represents that he has been advised generally to avoid "highly stressful situations" and that "the Judicial process always increases the plaintiff's stress level."  In light of these representations, plaintiff is cautioned that if he seeks a continuance of the new hearing date, the court may simply submit the motions and resolve them without a hearing.  See Fed. R. Civ. P. 78(b); E. Dist. Local Rule 230(g).

Accordingly, IT IS HEREBY ORDERED that the June 7, 2012 hearing on the defendants's motions to dismiss or specially strike plaintiff's claims is continued to Thursday, June 28, 2012, at 10:00 a.m.[3]

IT IS SO ORDERED.

DATED:  June 6, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

KJN:nkd

---

[3] The previously entered order permitting defendant Irena Chepel's attorney to appear by telephone at the hearing (Dkt. No. 21) shall remain valid as to the June 28, 2012 hearing.