IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IGOR CHEPEL,

      Plaintiff,                     No. 2:12-cv-00803 GEB KJN PS

      v.

JUDGE JAMES MIZE OF THE
SACRAMENTO SUPERIOR COURT,
et al.,

      Defendants.              ORDER

         Presently before the court is plaintiff's request to appear by telephone at the June 28, 2012 hearing on defendants' motions to dismiss, citing plaintiff's persistent health problems as the basis for the request. For good cause shown, the court grants plaintiff's request.

         Accordingly, IT IS HEREBY ORDERED that plaintiff's request to appear by telephone at the June 28, 2012 hearing (Dkt. No. 24) is granted, and the court will call plaintiff at **(916) 806-3252** at the time of the hearing.

         IT IS SO ORDERED.

DATED: June 19, 2012

                                               _____
                                               KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE

1