1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    IGOR CHEPEL,

11            Plaintiff,                    No. 2:12-cv-00803 GEB KJN PS

12        v.

13    JUDGE JAMES MIZE OF THE
      SACRAMENTO SUPERIOR COURT,
14    et al.,

15            Defendants.            ORDER
      _____/
16

17            Presently before the court is plaintiff's request to appear by telephone at the

18    June 28, 2012 hearing on defendants' motions to dismiss, citing plaintiff's persistent health

19    problems as the basis for the request.  For good cause shown, the court grants plaintiff's request.

20            Accordingly, IT IS HEREBY ORDERED that plaintiff's request to appear by

21    telephone at the June 28, 2012 hearing (Dkt. No. 24) is granted, and the court will call plaintiff at

22    **(916) 806-3252** at the time of the hearing.

23            IT IS SO ORDERED.

24    DATED:  June 19, 2012

25                                    _____
                                      KENDALL J. NEWMAN
26                                    UNITED STATES MAGISTRATE JUDGE

                                            1